UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | No. 3:09-cr-00218-5 CHIEF JUDGE HAYNES |
| PEJMAN KARSHENAS NAJAFABADI | ) | |

AGREED ORDER

This cause came before the Court on February 28, 2014, this Court's order for a revocation hearing. (DE 607). Upon agreement of the parties, it is hereby **ORDERED** that:

Before the Court is a petition regarding noncompliance with conditions of supervised release (Document 593). The defendant, through counsel, waives his right to a hearing on the matter and concedes to the violations as alleged by the US Probation Office. Further the parties move the Court to continue the defendant on supervised release and to modify the defendant's original special condition for home confinement to read as follows:

The defendant shall be under home confinement for the duration of the period of supervised release, and shall be permitted to leave his residence only for work, medical treatment, religious observance, and such other times as may be specifically authorized by the United States Probation Office. Electronic monitoring shall be used to monitor compliance, and the defendant shall pay half of the cost of electronic monitoring at the prevailing rate.

In addition, the parties have agreed that Defendant shall be given permission to travel to Washington, D.C., Tuesday, March 4, 2014, through Friday, March 7, 2014, for the sole purpose of addressing family property matters in Isfahan, Iran. And this matter can only be addressed at the Pakistani Embassy in which there is an Iranian office.

ENTERED this 2nd day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge
Middle District of Tennessee